Sylvester DUPUY, Appellant, v. CALIFORNIA TRUST COMPANY et al., Appellees.

No. 8133.

Circuit Court of Appeals, Ninth Circuit.

Nov. 9, 1936.

Lloyd S. Nix, of Los Angeles, Cal., for appellant.

O'Melveny, Tuller & Myers and Swanwick, Donnelly & Proudfit, all of Los Angeles, Cal., for appellees.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

It appearing that appellant has failed to file brief as required by rule 24 of the Rules of Practice of this court, and has been notified by the clerk that the matter would be presented to the court for action, and no appearance or response being made, it is ordered that the appeal in this cause be dismissed for failure of appellant to file brief; mandate forthwith.